UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ISAAC HARRIS,

    Plaintiff,

v.

Case No. 20-cv-10922
Hon. Matthew F. Leitman

DETROIT PUBLIC SCHOOLS
COMMUNITY DISTRICT, *et al.*,

    Defendants.
_____/

### ORDER EXTENDING TIME FOR PLAINTIFF TO SERVE COMPLAINT

On April 13, 2020, Plaintiff John Isaac Harris filed this action against Defendant Detroit Public Schools Community District and others. (*See* Compl., ECF No. 1.) Due to the ongoing COVID-19 pandemic, the Court extends the time for Harris to serve Defendants with the Complaint until **November 30, 2020**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 10, 2020

1

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 10, 2020, by electronic means and/or ordinary mail.

              s/Holly A. Monda
              Case Manager
              (810) 341-9764